**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

VENEZIA RESORT LLC

     vs                                          Case No. 3:07cv74/MCR/EMT

BENARD FAVRET, et al.

_____

**O R D E R**

Cross-Defendants' **"MOTION TO DISMISS", "MEMORANDUM BRIEF IN SUPPORT OF MOTION TO DISMISS", "MOTION TO STAY PROCEEDINGS", "MEMORANDUM IN SUPPORT OF CROSS-DEFENDANTS' MOTION TO STAY PROCEEDINGS", (documents 10,11,12,13 respectively)**, were referred to the undersigned with the following deficiencies:

    Your documents are not properly captioned for this court. Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading. The body of your pleading should state the nature of your request and what you want the court to do for you.

    Counsel for the moving party shall confer with counsel for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel has conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful, as required by N.D. Fla. Loc. R. 7.1(B).

For these reasons, IT IS ORDERED that:

    The documents shall remain in the electronic file, but the court will not consider them until you have corrected the above deficiencies through the filing of corrected documents. The documents are denied without prejudice with leave given to refile after correction.

**DONE and ORDERED** this 5th day of March, 2007.

                                                           s/ *M. Casey Rodgers*
                                                           **M. CASEY RODGERS**
                                                           **UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com