**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

VENEZIA RESORT, LLC,
 a Mississippi Limited Liability Company,

        Cross-Plaintiff,

v.                Case No. 3:07cv74/MCR/EMT

BENARD FAVRET
 a/k/a BERNARD FAVRET,
F & F DEVELOPERS, LLC,
 a Louisiana Limited Liability Company,

        Cross-Defendants,

SINGLETARY & THRASH-JACKSON, P.A., and
GARY D. THRASH, individually

        Third-Party Defendants.
_____/

## ORDER OF DISMISSAL

This cause is before the court upon the Joint Report of Parties (doc. 73) wherein the court is advised all issues in this cause of action have been resolved and the parties request that the case be dismissed. Upon consideration of the foregoing, the above-entitled action is **DISMISSED** without prejudice, each party to bear their respective fees and costs. The Clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 12th day of February, 2010.

                s/ *M. Casey Rodgers*
                **M. CASEY RODGERS
                UNITED STATES DISTRICT JUDGE**